EXHIBIT 3

| OEM | MODEL | SKU | DISPOSITION TYPE | Airlink | | |
|---|---|---|---|---|---|---|
| Nokia | NOK6205 | FBT6205BATNOK-IPP | BID SALE => 6 months | 4500 | | |
| LG | LGVX8350 | FBT8350BATSLG-IPP | BID SALE => 6 months | 200 | | |
| LG | LGVX8560 | FBT8560BATSLG-IPP | BID SALE => 6 months | 1308 | | |
| LG | LGVX8700 | FBT8700BATSLG-IPP | BID SALE => 6 months | 100 | | |
| LG | LGVX9100 | FBT9100BATSLG-IPP | BID SALE => 6 months | 347 | | |
| LG | LGVX9100 | FBT9100RBATSLG-IPP | BID SALE => 6 months | 361 | | |
| LG | LGVX9700 | FBT9700BATSLG-IPP | BID SALE => 6 months | 3938 | | |
| RIM | BB8130 | FBTBB8130BATS-IPP | BID SALE => 6 months | 2011 | | |
| RIM | BB8330 | FBTBB8330BATS-IPP | BID SALE => 6 months | 2400 | | |
| RIM | BB8830 | FBTBB8830BATS-IPP | BID SALE => 6 months | 900 | | |
| RIM | BB9530 | FBTBB9530BATS-IPP | BID SALE => 6 months | 28526 | | |
| PCD | UTSC211 | FBTC211BATS-IPP | BID SALE => 6 months | 267 | | |
| PCD | UTSC211 | FBTC211BBATS-IPP | BID SALE => 6 months | 2855 | | |
| PCD | UTSC211 | FBTC211RBATS-IPP | BID SALE => 6 months | 100 | | |
| PCD | UTSC711 | FBTC711BATS-IPP | BID SALE => 6 months | 7900 | | |
| Motorola | MOTL7C | FBTMOTL7CBATS-IPP | BID SALE => 6 months | 2368 | | |
| Motorola | MOTQ9M | FBTMOTQ9MBATS-IPP | BID SALE => 6 months | 7320 | | |
| Motorola | V3C | FBTMOTV3CBATS-IPP | BID SALE => 6 months | 219 | | |
| Motorola | MOTV750 | FBTMOTV750BATS-IPP | BID SALE => 6 months | 1672 | | |
| Motorola | MOTZN4 | FBTMOTZN4BATS-IPP | BID SALE => 6 months | 2011 | | |
| Samsung | SAMU540 | FBTSAM540BATS-IPP | BID SALE => 6 months | 620 | | |
| Samsung | SAMU740 | FBTSAM740BATS-IPP | BID SALE => 6 months | 481 | | |
| Samsung | A930 | FBTSAM930BATS-IPP | BID SALE => 6 months | 524 | | |
| SAMSUNG | SAMU940 | FBTSAM940BATS-IPP | BID SALE => 6 months | 20952 | | |
| Samsung | SAMU740 | FBTSAMBLU740BATS-IPP | BID SALE => 6 months | 65 | | |
| Samsung | SAMU930 | FBTSAMBLU930BATS-IPP | BID SALE => 6 months | 2552 | | |
| Samsung | SAMU940 | FBTSAMBLU940BATS-IPP | BID SALE => 6 months | 2778 | | |
| LG | LGVX10000 | FBTVX10000GYBATSLG-IPP | BID SALE => 6 months | 440 | | |
| | | | BID SALE => 6 months Total | 97635 | $1.00 | $97,635.00 |
| LG | LGVX8800 | FBT8800BATSLG-UFF | DISCARD | 71 | | |
| LG | LGVX9100 | FBT9100BATSLG-UFF | DISCARD | 1 | | |
| LG | LGVX9100 | FBT9100RBATSLG-UFF | DISCARD | 7 | | |
| Nokia | 2605 | FBTBATT2605-UFF | DISCARD | 603 | | |
| Motorola | MOT300 | FBTBATT300BAT-UFF | DISCARD | 151 | | |
| Samsung | SAMU470B | FBTBATT470B-UFF | DISCARD | 156 | | |
| Samsung | SAMU470G | FBTBATT470G-UFF | DISCARD | 180 | | |
| Samsung | SAMU470R | FBTBATT470R-UFF | DISCARD | 160 | | |
| PCD | UTSSMT5800 | FBTBATT5800BAT-UFF | DISCARD | 152 | | |
| Nokia | NOK6205 | FBTBATT6205-UFF | DISCARD | 1564 | | |
| PCD | UTSXV6800 | FBTBATT6800BAT-UFF | DISCARD | 220 | | |
| PCD | PCDXV6850 | FBTBATT6850-UFF | DISCARD | 248 | | |
| PCD | UTSXV6900 | FBTBATT6900-UFF | DISCARD | 288 | | |
| RIM | BB7130 | FBTBATT7130-UFF | DISCARD | 473 | | |
| Nokia | 7205 | FBTBATT7205-UFF | DISCARD | 566 | | |
| PCD | UTSSMT5800 | FBTBATT8010-UFF | DISCARD | 860 | | |
| Samsung | SAMU540 | FBTBATTA540-UFF | DISCARD | 904 | | |
| Samsung | SAMU700 | FBTBATTA700-UFF | DISCARD | 655 | | |
| Samsung | SAMU740 | FBTBATTA740-UFF | DISCARD | 1143 | | |
| Samsung | SAMU900 | FBTBATTA900-UFF | DISCARD | 385 | | |
| Samsung | A930 | FBTBATTA930-UFF | DISCARD | 2713 | | |
| Samsung | SAMU940 | FBTBATTA940-UFF | DISCARD | 1417 | | |

| | | | | |
|---|---|---|---|---|
| RIM | BB8750 | FBTBATTBB8750-UFF | DISCARD | 405 |
| RIM | BB8130 | FBTBATTBB8130-UFF | DISCARD | 1080 |
| RIM | BB8330 | FBTBATTBB8330-UFF | DISCARD | 5918 |
| RIM | BB8830 | FBTBATTBB8830-UFF | DISCARD | 787 |
| RIM | BB9530 | FBTBATTBB9530-UFF | DISCARD | 14926 |
| Samsung | SAMU650 | FBTBATTBLU650-UFF | DISCARD | 151 |
| Samsung | SAMU740 | FBTBATTBLU740-UFF | DISCARD | 124 |
| Samsung | SAMU750 | FBTBATTBLU750-UFF | DISCARD | 264 |
| Samsung | SAMU900 | FBTBATTBLU900-UFF | DISCARD | 293 |
| Samsung | SAMU910 | FBTBATTBLU910-UFF | DISCARD | 102 |
| Samsung | SAMU930 | FBTBATTBLU930-UFF | DISCARD | 141 |
| Samsung | SAMU940 | FBTBATTBLU940-UFF | DISCARD | 99 |
| PCD | UTSC211 | FBTBATTC211-UFF | DISCARD | 111 |
| PCD | UTSC211B | FBTBATTC211B-UFF | DISCARD | 945 |
| PCD | UTSC211BK | FBTBATTC211BK-UFF | DISCARD | 63 |
| PCD | UTSC211R | FBTBATTC211R-UFF | DISCARD | 21.5 |
| PCD | UTSC511 | FBTBATTC511-UFF | DISCARD | 161 |
| PCD | UTSC711 | FBTBATTC711-UFF | DISCARD | 1998 |
| LG | LGVX11000 | FBTBATTCE110-UFF | DISCARD | 366 |
| Samsung | SAMI760 | FBTBATTI760-UFF | DISCARD | 76 |
| Samsung | SAMI770 | FBTBATTI770-UFF | DISCARD | 415 |
| Samsung | SAMI910 | FBTBATTI910-UFF | DISCARD | 471 |
| Motorola | MOTL7C | FBTBATTL7C-UFF | DISCARD | 2173 |
| LG | LGVX10000 | FBTBATTLG10000-UFF | DISCARD | 2878 |
| LG | LGVX10000S | FBTBATTLG10000GY-UFF | DISCARD | 6981 |
| LG | LGVX11000 | FBTBATTLG11000-UFF | DISCARD | 994 |
| LG | LGAX260 | FBTBATTLG260-UFF | DISCARD | 546 |
| LG | LGAX265 | FBTBATTLG265-UFF | DISCARD | 125 |
| LG | LGVX3200 | FBTBATTLG3200-UFF | DISCARD | 3774 |
| LG | LGVX8350 | FBTBATTLG8350-UFF | DISCARD | 3076 |
| LG | LGVX8500 | FBTBATTLG8500-UFF | DISCARD | 179 |
| LG | LGVX8500W | FBTBATTLG8500W-UFF | DISCARD | 104 |
| LG | LGVX8550 | FBTBATTLG8550-UFF | DISCARD | 610 |
| LG | LGVX8550B | FBTBATTLG8550B-UFF | DISCARD | 95 |
| LG | LGVX8550A | FBTBATTLG8550BL-UFF | DISCARD | 442 |
| LG | LGVX8550R | FBTBATTLG8550R-UFF | DISCARD | 324 |
| LG | LGVX8560 | FBTBATTLG8560-UFF | DISCARD | 985 |
| LG | LGVX8600 | FBTBATTLG8600-UFF | DISCARD | 264 |
| LG | LGVX8700 | FBTBATTLG8700-UFF | DISCARD | 485 |
| LG | LGVX8800 | FBTBATTLG8800-UFF | DISCARD | 484 |
| LG | LGVX9100 | FBTBATTLG9100-UFF | DISCARD | 7541 |
| LG | LGVX9100M | FBTBATTLG9100R-UFF | DISCARD | 3542 |
| LG | LGVX9200 | FBTBATTLG9200BLU-UFF | DISCARD | 3107 |
| LG | LGVX9200 | FBTBATTLG9200R-UFF | DISCARD | 1028 |
| LG | LGVX9400 | FBTBATTLG9400-UFF | DISCARD | 233 |
| LG | LGVX9700 | FBTBATTLG9700-UFF | DISCARD | 2437 |
| LG | LGVX9900 | FBTBATTLG9900-UFF | DISCARD | 1289 |
| LG | LGVX9900G | FBTBATTLG9900G-UFF | DISCARD | 408 |
| LG | LGVX9900O | FBTBATTLG9900O-UFF | DISCARD | 352 |
| LG | LGAX260 | FBTBATTLGBLU260-UFF | DISCARD | 383 |
| LG | LGAX260 | FBTBATTLGO260-UFF | DISCARD | 224 |
| LG | LGAX260 | FBTBATTLGP260-UFF | DISCARD | 201 |

| Manufacturer | Model | Part Number | Status | Qty | Unit | Total |
|---|---|---|---|---|---|---|
| LG | LGAX260 | FBTBATTLGR260-UFF | DISCARD | 220 | | |
| OBSOLETE | N/A | FBTBATTOBS-UFF | DISCARD | 19183 | | |
| Motorola | MOTQ9M | FBTBATTQ9M-UFF | DISCARD | 11040 | | |
| Motorola | MOTQA30 | FBTBATTQA30-UFF | DISCARD | 399 | | |
| Motorola | MOTQ | FBTBATTQBATS-UFF | DISCARD | 196 | | |
| Motorola | MOTQ | FBTBATTQBATX-UFF | DISCARD | 369 | | |
| PalmOne | TREO800 | FBTBATTRE800-UFF | DISCARD | 104 | | |
| PalmOne | TREO650 | FBTBATTTRE650-UFF | DISCARD | 279 | | |
| PalmOne | PALM755P | FBTBATTTRE755-UFF | DISCARD | 82 | | |
| Samsung | SAMU650 | FBTBATTU650-UFF | DISCARD | 882 | | |
| LG | LGAX260 | FBTBATTUX260-UFF | DISCARD | 553 | | |
| Motorola | V325 | FBTBATTV325BATS-UFF | DISCARD | 236 | | |
| Motorola | V3C | FBTBATTV3CBATS-UFF | DISCARD | 1047 | | |
| Motorola | MOTV750 | FBTBATTV750-UFF | DISCARD | 1153 | | |
| PCD | XV6175 | FBTBATTVXC6175-UFF | DISCARD | 306 | | |
| Openpeak | VZHUB | FBTBATTVZHUBBAT-UFF | DISCARD | 250 | | |
| Samsung | SAMU930 | FBTBATTX930-UFF | DISCARD | 71 | | |
| Samsung | SAMU940 | FBTBATTX940-UFF | DISCARD | 130 | | |
| LG | LGVX9700 | FBTBATTX9700-UFF | DISCARD | 58 | | |
| Samsung | SAMA470B | FBTBATTXA470B-UFF | DISCARD | 29 | | |
| PCD | UTSC711 | FBTBATTXC711-UFF | DISCARD | 794 | | |
| PCD | UTS5800 | FBTBATTXHTC5800-UFF | DISCARD | 22 | | |
| Samsung | SAMI760 | FBTBATTXI760-UFF | DISCARD | 163 | | |
| Samsung | SAMI770 | FBTBATTXI770-UFF | DISCARD | 107 | | |
| Motorola | MOTL7C | FBTBATTXL7C-UFF | DISCARD | 134 | | |
| LG | LGVX10000 | FBTBATTXLG10000-UFF | DISCARD | 64 | | |
| LG | LGVX10000 | FBTBATTXLG10000GY-UFF | DISCARD | 69 | | |
| Motorola | MOTQ9M | FBTBATTXQ9M-UFF | DISCARD | 231 | | |
| Samsung | SAMU650 | FBTBATTXU650-UFF | DISCARD | 120 | | |
| Motorola | MOTV9M | FBTBATTXV9M-UFF | DISCARD | 2 | | |
| Motorola | MOTZN4 | FBTBATTZN4-UFF | DISCARD | 936 | | |
| RIM | BB8830 | FBTBB8830BATS-UFF | DISCARD | 291 | | |
| Motorola | MOTL7C | FBTMOTL7CBATS-UFF | DISCARD | 23 | | |
| | | | **DISCARD Total** | 126622 | $0.25 | $31,655.38 |
| LG | LGVX8350 | FBT8350BATSLG | GOOD FRU = < 6 months | 200 | | |
| LG | LGVX8560 | FBT8560BATSLG | GOOD FRU = < 6 months | 1378 | | |
| LG | LGVX9100 | FBT9100BATSLG | GOOD FRU = < 6 months | 1767 | | |
| LG | LGVX9100 | FBT9100RBATSLG | GOOD FRU = < 6 months | 519 | | |
| LG | LGVX9700 | FBT9700BATSLG | GOOD FRU = < 6 months | 1276 | | |
| RIM | BB8330 | FBTBB8330BATS | GOOD FRU = < 6 months | 6650 | | |
| RIM | BB8830 | FBTBB8830BATS | GOOD FRU = < 6 months | 225 | | |
| RIM | BB9530 | FBTBB9530BATS | GOOD FRU = < 6 months | 8555 | | |
| PCD | PCDC711 | FBTC711BATS | GOOD FRU = < 6 months | 2025 | | |
| PCD | UTSSMT5800 | FBTHTC5800BAT-IPP | GOOD FRU = < 6 months | 200 | | |
| Motorola | MOTL7C | FBTMOTL7CBATS | GOOD FRU = < 6 months | 784 | | |
| Motorola | MOTQ9M | FBTMOTQ9MBATS | GOOD FRU = < 6 months | 11603 | | |
| Motorola | V3C | FBTMOTV3CBATS | GOOD FRU = < 6 months | 28 | | |
| Motorola | MOTV750 | FBTMOTV750BATS | GOOD FRU = < 6 months | 131 | | |
| SAMSUNG | SAMU940 | FBTSAM940BATS | GOOD FRU = < 6 months | 100 | | |
| Samsung | SAMU740 | FBTSAMBLU740BATS | GOOD FRU = < 6 months | 613 | | |
| Samsung | SAMU930 | FBTSAMBLU930BATS | GOOD FRU = < 6 months | 8309 | | |
| LG | LGVX10000S | FBTVX10000GYBATSLG | GOOD FRU = < 6 months | 300 | | |

| | | | GOOD FRU = < 6 months Total | 44661 | $1.00 | $44,661.00 |
|---|---|---|---|---|---|---|
| PCD | UTS8960 | FBT8960BATAUD-IFP | RMA | 13 | | |
| RIM | BB8130 | FBTBB8130BATS-IFP | RMA | 1139 | | |
| RIM | BB8330 | FBTBB8330BATS-IFP | RMA | 947 | | |
| RIM | BB8830 | FBTBB8830BATS-IFP | RMA | 100 | | |
| PCD | UTSC711 | FBTC711BATS-IFP | RMA | 705 | | |
| PCD | UTSXV6900 | FBTHTC6900BAT-IFP | RMA | 10 | | |
| | | | RMA Total | 2914 | $0.30 | $874.20 |
| | | | Grand Total | 271832 | | $174,825.68 |