IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

RESEARCH IN MOTION LIMITED,

*Plaintiff,*

-against-

ACE WIRELESS & TRADING, INC., et. al.,

*Defendants.*

CIVIL ACTION NO. 09 CV 1147

[~~PROPOSED~~] ORDER REGARDING
ELECTRONIC DISCOVERY

Pursuant to the Court's March 22, 2010 Order, Research In Motion Limited ("RIM") has reached a private agreement regarding electronic discovery with Paramount Wireless, Inc. (d/b/a/ Paramount Products Group) ("Paramount").

NOW THEREFORE, it is hereby ORDERED that Administrative Order No. 174 shall not apply to electronic discovery in this case as between RIM and Paramount.

Dated: April 13, 2010

United States District Judge
_____
Aleta A. Trauger

85577090.1