IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

---

RESEARCH IN MOTION LIMITED,

    *Plaintiff,*

    -against-

ACE WIRELESS & TRADING, INC., et. al.,

    *Defendants.*

CIVIL ACTION NO. 09 CV 1147

---

## [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE A PROPOSED ORDER REGARDING ELECTRONIC DISCOVERY

ORDERED that Research In Motion Limited and All Pro Distributing, Inc. shall file a Proposed Order Regarding Electronic Discovery by April 14, 2010.

Dated: April 13, 2010

United States District Judge
_____
Aleta A. Trauger