# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| RESEARCH IN MOTION LIMITED, | : | |
| *Plaintiff,* | : | |
| -against- | : | CIVIL ACTION NO. 09 CV 1147 |
| ACE WIRELESS & TRADING, INC. *et al*, | : | |
| *Defendants.* | : | |

## JOINT STIPULATION TO EXTEND DEADLINE TO MEDIATE

Plaintiff Research in Motion Limited ("Plaintiff") and defendants Paramount Wireless, Inc., CMB Wireless Group, Inc. and Cellular Distributor, Inc. (together, "Mediating Defendants") hereby submit this Joint Stipulation, and request as follows:

1. The parties filed the Joint Mediation Report in this Action on July 20, 2010, pursuant to this Court's Joint Initial Case Management Order, entered on March 22, 2010.

2. This Court Ordered that the parties in this Action shall engage in mediation on or before November 1, 2010.

3. Due to scheduling difficulties, Plaintiff and the Mediating Defendants will be unable to mediate before November 1, 2010. However, Plaintiff and the Mediating Defendants have scheduled separate mediation sessions for November 8, 2010.

4. Plaintiff and the Mediating Defendants request an extension of time to engage in mediation until November 12, 2010.

5. This is Plaintiff and Defendants' first request for an extension of time of this deadline to mediate.

6. This extension will not impact any other deadlines in the case or delay the case in any way.

WHEREFORE, the parties stipulate and agree, pending the Court's approval, that Plaintiff and the Mediating Defendants shall engage in mediation on or before November 12, 2010.

| | |
|---|---|
| /s/ Jessica S. Parise<br>Mark N. Mutterperl<br>Colin Foley<br>Jessica S. Parise<br>FULBRIGHT & JAWORSKI L.L.P.<br>666 Fifth Avenue<br>New York, New York 10103<br>Tel: (212) 318-3000<br>Fax: (212) 318-3400<br><br>Paige Waldrop Mills<br>Bass, Berry & Sims PLC<br>150 Third Avenue S<br>Suite 2800<br>Nashville, TN 37201<br>Tel: (615) 742-7770<br>Fax: (615) 742-0429<br><br>*Attorneys for Plaintiff*<br>*Research In Motion Limited* | /s/ Neil M. McIntire<br>Neil M. McIntire<br>Howell & Fisher, PLLC<br>Court Square Building<br>300 James Robertson Parkway<br>Nashville, TN 37027<br>Tel: 615-244-3370<br>Fax: 615-244-3518<br>nmcintire@howell-fisher.com<br><br>*Attorneys for Defendant Paramount Wireless, Inc. d/b/a Paramount Products Group*<br><br>/s/ Michael S. Elkin<br>Michael S. Elkin<br>Robert C. Turner<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Tel: (212) 294-6729<br>Fax: (212) 294-4700<br><br>Alan D. Johnson<br>Johnson & Herbert<br>211 Union Street, Suite 200<br>Nashville, TN 37201<br>Tel: (615) 620-3286<br>Fax: (615) 369-3344<br><br>*Attorneys for Defendant CMB Wireless Group (aka CWG) and Cellular Distributor, Inc.* |

SO ORDERED

Dated: October 21, 2010

_____
Honorable Aleta A. Trauger
United States District Court Judge