IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

---------------------------------------------------------- x
RESEARCH IN MOTION LIMITED,  :
    *Plaintiff*,  :
    -against-  :   CIVIL ACTION NO. 3:09-1147
ACE WIRELESS & TRADING, INC., et al,  :
    *Defendants*.  :
---------------------------------------------------------- x

[PROPOSED] ORDER EXTENDING FACT DISCOVERY DEADLINE AND OTHER DATES

Having considered Plaintiff Research in Motion Limited's Motion on Consent of All Answering Defendants to Extend Fact Discovery Period and Other Dates, it is hereby ORDERED that:

The dates set forth in the Joint Initial Case Management Order, dated, March 22, 2010, shall be amended as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Fact Discovery | December 21, 2010 | February 28, 2011 |
| Disclosure of Experts (Plaintiff) | January 21, 2011 | March 31, 2011 |
| Disclosure of Experts (Defendants) | February 18, 2011 | April 28, 2011 |
| Deposition of Expert Witnesses | March 25, 2011 | June 2, 2011 |
| Dispositive Motions | April 29, 2011 | July 7, 2011 |

SO ORDERED.

Dated: 12/9/10

_____
Aleta L. Trauger
United States District Judge