IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RESEARCH IN MOTION LIMITED, )
)
   *Plaintiff,* )
)
v. )
)
ACE WIRELESS & TRADING, INC., (formally )
d/b/a ACE WIRELESS, INC.), ACE WIRELESS )
GROUP INC, RBE ENTERPRISES OF NY INC. )
(D/B/A ROBERT BRANDON ENTERPRISES), )
ROBERT EISENBERG, CMB WIRELESS GROUP, ) CASE NO. 3:09-1147
LLC (D/B/A CWG), CELLULAR DISTRIBUTOR, )
INC., ETRONICS WORLDWIDE, LLC, ) JUDGE TRAUGER
PROMOBILITY, INC., QUALITY ONE )
WIRELESS, LLC, YAKETY YAK HOLDINGS )
LLC (D/B/A YAK WIRELESS), YY WHOLESALE, ) JURY DEMAND
LLC, YY HOLDINGS, LLC, ROBERT PAYNE, )
TOUCHSTONE WIRELESS, LP, PARAMOUNT )
WIRELESS, INC. (D/B/A PARAMOUNT )
PRODUCTS GROUP), ALL PRO DISTRIBUTING, )
INC., LAN GLOBAL, INC., XTREME CELL )
PHONES & ACCESSORIES, JOHN DOES 1-48, )
and XYZ BUSINESSES, )
)
   *Defendants.* )

## AGREED ORDER OF DISMISSAL WITH PREDJUDICE

RBE Enterprises of NY Inc. (d/b/a Robert Brandon Enterprises) Robert Eisenberg, and Etronics Worldwide, LLC, by and through counsel, have provided simultaneously herewith, Notice that all matters in controversy between them have been resolved and that the Cross-claim against Etronics Worldwide, LLC is to be dismissed with prejudice.

It is therefore; ORDERED, ADJUDGED and DECREED that the aforementioned Cross-claim is hereby dismissed with prejudice.

*[signature]*

THE HONORABLE ALETA TRAUGER
JUDGE FOR THE UNITED STATES
DISTRICT COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE

**APPROVED FOR ENTRY:**

*[signature]*

Henry J. Cernitz, Esquire
Jacobson & Schwartz Law Offices
510 Merrick Road
P.O. Box 46
Rockville Centre, NY 11570

*[signature]*

J. Carson Stone, III, Esquire
209 10th Avenue South
Suite 332
Nashville, Tennessee 37203