IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

---

RESEARCH IN MOTION LIMITED,

    *Plaintiff,*

    -against-

ACE WIRELESS & TRADING, INC., et al,

    *Defendants.*

CIVIL ACTION NO. 3:09-1147

---

[PROPOSED] ORDER EXTENDING FACT DISCOVERY DEADLINE AND OTHER DATES

Having considered the parties Joint Motion to Extend Fact Discovery Period and Other Dates, it is hereby ORDERED that:

The dates set forth in the Court's February 24, 2011 Order shall be extended as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Fact Discovery | April 28, 2011 | May 31, 2011 |
| Disclosure of Experts (Plaintiff) | May 31, 2011 | July 1, 2011 |
| Disclosure of Experts (Defendants) | June 28, 2011 | July 29, 2011 |
| Deposition of Expert Witnesses | August 2, 2011 | September 2, 2011 |
| Dispositive Motions | September 7, 2011 | October 10, 2011 |

SO ORDERED.

Dated: 4/28/11

_____
Aleta L. Trauger
United States District Judge