# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RESEARCH IN MOTION LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-1147 |
| ) | Judge Trauger |
| ACE WIRELESS & TRADING, INC., et al, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within ten (10) days of the entry of this Order.

It is so **ORDERED.**

Enter this 1st day of July 2011.

_____
ALETA A. TRAUGER
U.S. District Judge