IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

---

RESEARCH IN MOTION LIMITED,

    *Plaintiff,*

-against-

ACE WIRELESS & TRADING, INC., et al,

    *Defendants.*

---

CIVIL ACTION NO. 3:09-1147

AGREED STIPULATION OF DISMISSAL AND CONSENT PERMANENT INJUNCTION AGAINST LIQUIDATION SPECIALIST LLC.

---

Plaintiff Research In Motion Limited ("RIM"), having filed its Complaint on December 4, 2009, its First Amended Complaint on January 19, 2010, its Second Amended Complaint on March 24, 2010, and its Third Amended Complaint on September 24, 2010 (collectively, the "Complaint") and having agreed to this Stipulation of Dismissal, and defendant Liquidation Specialist LLC ("Defendant") having consented to this Consent Permanent Injunction,

NOW, THEREFORE, upon the consent of the parties hereto,

IT IS ORDERED, ADJUDGED and DECREED that RIM's claims against Defendant be dismissed without prejudice and a Permanent Injunction be entered as follows:

1. RIM's BLACKBERRY Trademarks and Trade Dress, described and defined in the Complaints filed in this action (hereinafter, "BLACKBERRY Marks"), which Complaints are attached hereto as Exhibits A-D and are incorporated herein and made a part hereof, are good, valid and enforceable in law and RIM is the sole proprietor of all right, title and interest in and to said BLACKBERRY Marks.

2. Defendant does not concede liability for any of the claims in the Complaint, nor does it admit the truth of any of the allegations against it by any party.

86003828 1

3. All claims in this Action between RIM and Defendant are dismissed without prejudice pursuant to a confidential settlement agreement.

4. On or about December 16, 2009, the Court entered a Consent Preliminary Injunction temporarily enjoining Touchstone Wireless, LLP, a copy of which is attached hereto as Exhibit 1 and incorporated by reference herein (the "Touchstone Consent Preliminary Injunction"). Liquidation Specialist, LLC, was not a party to the Touchstone Consent Preliminary Injunction or any other preliminary injunction. Nevertheless, the terms of the Touchstone Consent Preliminary Injunction attached hereto as Exhibit 1 are hereby applicable to Defendant and are converted into a Permanent Injunction against Defendant. From this date on, Defendant and its successors, assigns, affiliates, officers, directors, agents, servants, employees, representatives, and all other persons, firms, corporations or other entities in active concert or participation with Defendant who receive notice hereof, are hereby permanently enjoined. The Clerk of the Court shall so state on the docket.

5. The Court shall have and retain jurisdiction to construe, enforce, or implement this Permanent Injunction upon the application of either party.

DATED: 8/30/11

_____
UNITED STATES DISTRICT JUDGE

Approved:

Date: 5/31/11

RESEARCH IN MOTION LIMITED

_____
Mark N. Mutterperl
Colin Foley
Jessica Parise
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Tel: (212) 318-3000

Date: 5/9/2011

LIQUIDATION SPECIALIST LLC

Kevin Surace
President Liquidation Specialist LLC

_____
Wendy K. Miller
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37219
Tel: (615) 687-2217
Fax: (615) 254-1908

86003828.1
85805551.1

-2-

Fax: (212) 318-3400

Paige Waldrop Mills
BASS, BERRY & SIMS PLC
150 Third Avenue S
Suite 2800
Nashville, Tennessee 37201
Tel: (615) 742-7770
Fax: (615) 742-0429

*Attorneys for Plaintiff
Research In Motion Limited*

*Attorneys for Defendant Liquidation Specialist LLC*